Klar Piquett Mining Company, Appellant, vs. Town of Platteville, Respondent.

*April 12—May 2, 1916.*

*Klar Piquett M. Co. v. Platteville, post,* p. 215, followed.

Appeal from an order of the circuit court for Grant county: George Clementson, Circuit Judge. *Affirmed.*

*J. W. Murphy,* for the appellant.

For the respondent there was a brief by *Kopp & Brunckhorst,* and oral argument by *A. W. Kopp.*

Vinje, J. This is an action to recover an alleged excess of income tax paid for the year 1911. Except as to dates and amounts it is identical with the case following and is ruled by it.

*By the Court.*—Order affirmed.